**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>RONALD GILLETTE, an individual, TRI-STAR MOTIONS, LLC, a limited liability company, GOLDEN WEST MOTORS, a general partnership, PETER LIEBOWITZ, an individual, and LOURDY HERRERA, an individual,<br><br>    Defendants.<br>_____/ | No. C 05-02385 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **GRANTS** defendant's *ex parte* request to continue the case management conference to **OCTOBER 6, 2005, AT 11:00 A.M.** Please submit your joint case management statement by **SEPTEMBER 29, 2005**.

**IT IS SO ORDERED.**

Dated: September 1, 2005.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE