United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLSTATE INSURANCE COMPANY, an
Illinois corporation,

        Plaintiff,

  v.

RONALD GILLETTE, an individual, TRI-STAR
MOTORS, L.L.C., a limited liability company,
GOLDEN WEST MOTORS, a general partnership,
PETER LIEBOWITZ, an individual, LOURDY
HERRERA, an individual,

        Defendants.

_____/

No. C 05-02385 WHA

**ORDER AMENDING DEADLINE**

     This order amends the case management order of October 7, 2005.  As stated on the

record during the case management conference, leave to add new parties must be sought by

**DECEMBER 22, 2005**.

     **IT IS SO ORDERED.**

Dated:  October 11, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE