Paul J. O'Rourke, Jr., # 143951
Brandon M. Fish, # 203880
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RONALD GILLETTE, an individual, TRI-STAR MOTORS, L.L.C., a limited liability company; GOLDEN WEST MOTORS, a general partnership; PETER LIEBOWITZ, an individual; LOURDY HERRERA, an individual,<br><br>　　　　　　Defendants. | Case No.  C 05-02385 WHA<br><br>**JOINT STIPULATION REQUESTING LEAVE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT**<br><br>[FRCP 15(a)]<br><br>**Trial Date: November 6, 2006** |

　　　　The following Stipulation is entered into between plaintiff, ALLSTATE INSURANCE COMPANY ("ALLSTATE"), and defendants, RONALD GILLETTE ("GILLETTE"), PETER LIEBOWITZ ("LIEBOWITZ"), and LOURDY HERRERA ("HERRERA"). These parties to the above-entitled action by and through their respective counsel of record hereby agree and stipulate as follows:

　　　　1.　　On June 13, 2005 ALLSTATE filed the present action seeking a declaration that the personal lines automobile policy no. 034188775 (the "Policy") issued by ALLSTATE to

1  GILLETTE does not provide coverage for an automobile accident that occurred on or about
2  October 1, 2004, where GILLETTE allegedly struck and injured HERRERA while driving a
3  white Mitsubishi Gallant (the "Gallant") in a grocery store parking lot located in Alameda
4  County.

5    2. ALLSTATE contends no coverage is provided based on the following grounds: (1)
6  if the Gallant is owned by GILLETTE, the Gallant would not be a "covered auto" due to
7  GILLETTE'S failure to advise ALLSTATE within thirty days of GILLETTE'S acquisition of the
8  Gallant; (2) if the Gallant is owned by TRI-STAR, GOLDEN WEST and/or LIEBOWITZ, the
9  Gallant would not be a "covered auto" as it would be non-owned by GILLETTE and was
10 "furnished" and made "available" for GILLETTE'S "regular use" by TRI-STAR MOTORS,
11 GOLDEN WEST and/or LIEBOWITZ; and (3) coverage for the events of October 1, 2004, is
12 excluded because the Gallant was used in "auto business operations." GILLETTE, LIEBOWITZ
13 and HERRERA dispute these contentions.

14   3. After filing the present action on June 13, 2005, ALLSTATE learned that a
15 Garagekeeper's policy was issued to TRI-STAR by State National Insurance Company ("State
16 National") that potentially provides coverage for the October 1, 2004 accident. LIEBOWITZ
17 tendered this matter to State National on July 21, 2005. As of this date, State National has not
18 responded to this tender of defense.

19   4. If State National accepts the tender of defenses on behalf of LIEBOWITZ, or any
20 other party, in connection with the October 1, 2004 accident, State National could potentially seek
21 reimbursement from ALLSTATE for any amount State National incurs in defending or
22 indemnifying LIEBOWITZ or other parties. Any potential claim by State National against
23 ALLSTATE would be based on the contention that coverage is provided under the ALLSTATE
24 policy issued to GILLETTE. Because of State National's potential claim against ALLSTATE,
25 ALLSTATE must name State National as a defendant to this declaratory relief action.

26   5. During the October 6, 2005 Case Management Conference, LIEBOWITZ and
27 ALLSTATE informed the Court of the potential of adding State National as a defendant to this
28 action. The Court was advised by counsel for LIEBOWITZ and ALLSTATE that State National

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

JOINT STIPULATION REQUESTING LEAVE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND [PROPOSED] ORDER

maybe added based on its response to LIEBOWITZ's tender of defense. Since State National has not responded to LIEBOWITZ's tender, and the deadline for seeking leave to amend to add new parties is December 22, 2005, ALLSTATE is seeking to add State National I as a defendant based on the potential it may file a claim against ALLSTATE under the ALLSTATE policy issued to GILLETTE.

6. All parties to this Stipulation agree that ALLSTATE should be granted leave to file an amended complaint adding State National as an additional defendant to this action. The parties to this Stipulation are the only parties to appear in this action to date. A true and correct copy of ALLSTATE's proposed First Amended Complaint adding State National as an additional party to this action is attached hereto as Exhibit "A."

7. All parties to this Stipulation are informed and believe, and hereby contend, that ALLSTATE would file such an Amended Complaint in good faith, such an amendment is timely, and such an amendment would not result in futility or prejudice against State National.

8. Good Cause exists for granting ALLSTATE leave to file an Amended Complaint adding State National as such amendment is timely and will allow this Court to effectively resolve all insurance coverage issues arising out of the alleged events of October 1, 2004 relating to the ALLSTATE Policy issued to GILLETTE.

Accordingly, THE ABOVE PARTIES, THROUGH THEIR COUNSEL OF RECORD HEREBY STIPULATE AND REQUEST THAT THIS COURT ISSUE AN ORDER GRANTING ALLSTATE LEAVE TO FILE AN AMENDED COMPLAINT ADDING STATE NATIONAL INSURANCE COMPANY ON OR BEFORE JANUARY 13, 2006.

9. This Stipulation may be executed in several identical counterparts, each of which shall be deemed an original and which together shall, when executed by or on behalf of all parties hereto, constitute a single Stipulation for all purposes.

10. A facsimile of the signature by or on behalf of any party hereto shall be deemed to be an equivalent to the original thereof for all purposes; provided, however, that if the original of such signature is required for purposes of filing this document with the Court or for other good reason, it shall be promptly produced.

Dated: December 20, 2005

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By: _____
Paul J. O'Rourke, Jr.
Brandon M. Fish
Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

Dated: December 20, 2005

LAW OFFICES OF STEPHEN M. FUERCH

By: _____
Stephen M. Fuerch
Attorney for Defendant
RONALD GILLETTE

Dated: December ____, 2005

LAW OFFICES OF HOWARD R MELAMED

By: _____
Howard R. Melamed
Attorney for Defendant
LOURDY HERRERA

Dated: December ____, 2005

WRIGHT, ROBINSON, OSTHIMER &
TATUM

By: _____
Paul D. Hunt
Attorney for Defendant
PETER LIEBOWITZ

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

4

JOINT STIPULATION REQUESTING LEAVE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND
[PROPOSED] ORDER

1  Dated: December ____, 2005          McCORMICK, BARSTOW, SHEPPARD
2                                          WAYTE & CARRUTH LLP
3
4                                      By:_____
5                                            Paul J. O'Rourke, Jr.
                                              Brandon M. Fish
6                                             Attorneys for Plaintiff
                                          ALLSTATE INSURANCE COMPANY
7  Dated: December ____, 2005
8                                      LAW OFFICES OF STEPHEN M. FUERCH
9
                                       By:_____
10                                            Stephen M. Fuerch
                                              Attorney for Defendant
11                                            RONALD GILLETTE
12 Dated: December  16, 2005
                                       LAW OFFICES OF HOWARD R MELAMED
13
14                                     By: /s/ Howard Melamed
                                              Howard R. Melamed
15                                            Attorney for Defendant
                                              LOURDY HERRERA
16 Dated: December ____, 2005
17                                     WRIGHT, ROBINSON, OSTHIMER &
                                            TATUM
18
19                                     By:_____
                                              Paul D. Hunt
20                                            Attorney for Defendant
                                              PETER LIEBOWITZ
21
22
23
24
25
26
27
28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

4

JOINT STIPULATION REQUESTING LEAVE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND
---[PROPOSED] ORDER

| | |
|---|---|
| 1  Dated: December ____, 2005 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP |
| 2 | |
| 3 | |
| 4 | By: _____<br>Paul J. O'Rourke, Jr.<br>Brandon M. Fish<br>Attorneys for Plaintiff<br>ALLSTATE INSURANCE COMPANY |
| 5 | |
| 6 | |
| 7  Dated: December ____, 2005 | LAW OFFICES OF STEPHEN M. FUERCH |
| 8 | |
| 9 | By: _____<br>Stephen M. Fuerch<br>Attorney for Defendant<br>RONALD GILLETTE |
| 10 | |
| 11 | |
| 12  Dated: December ____, 2005 | LAW OFFICES OF HOWARD R MELAMED |
| 13 | |
| 14 | By: _____<br>Howard R. Melamed<br>Attorney for Defendant<br>LOURDY HERRERA |
| 15 | |
| 16  Dated: December 19, 2005 | WRIGHT, ROBINSON, OSTHIMER & TATUM |
| 17 | |
| 18 | By: _____<br>Paul D. Hunt<br>Attorney for Defendant<br>PETER LIEBOWITZ |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

4
JOINT STIPULATION REQUESTING LEAVE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND [PROPOSED] ORDER

## [PROPOSED] ORDER

The Court having reviewed the Stipulation of the parties and finding good cause, hereby Orders as follows:

THAT plaintiff, ALLSTATE INSURANCE COMPANY, shall have until January 13, 2006, to file a First Amended Complaint naming State National Insurance Company as an additional party to this action.

Dated: __December 21, 2005__

*IT IS SO ORDERED*
*[signature] Judge William Alsup*

Honorable Judge William Alsup
United States District Court, Northern District

03238/00759-893929.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

5

JOINT STIPULATION REQUESTING LEAVE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND [PROPOSED] ORDER