Paul J. O'Rourke, Jr., # 143951
Brandon M. Fish, # 203880
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>RONALD GILLETTE, an individual, TRI-STAR MOTORS, L.L.C., a limited liability company; GOLDEN WEST MOTORS, a general partnership; PETER LIEBOWITZ, an individual; LOURDY HERRERA, an individual,<br><br>Defendants. | Case No.  C 05-02385 WHA<br><br>**JOINT STIPULATION REQUESTING AN EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND PROPOSED ORDER**<br><br>[ADR L-R 5-5]<br><br>**Trial Date:**  November 6, 2006 |

The following Stipulation is entered into between plaintiff, ALLSTATE INSURANCE COMPANY ("ALLSTATE"), and defendants, RONALD GILLETTE, PETER LIEBOWITZ and LOURDY HERRERA. These parties to the above-entitled action by and through their respective counsel of record hereby agree and stipulate as follows:

    1.    On October 7, 2001, the Court ordered the parties to participate in the Early Neutral Evaluation ("ENE") program under the Northern District of California's Alternative Dispute Resolution ("ADR") program.

2. On November 8, 2005, the Court appointed Harvey I. Wittenberg as the evaluator in the ENE program. Pursuant to the Notice of Appointment of Evaluator, the Court ordered the parties to complete a joint telephone conference with the Evaluator as specified by ADR Local Rule 5-7. Further, the Court ordered the parties to set the date for the ENE session within the deadline set by the ADR Local Rules.

3. Pursuant to the ADR Local Rules, all parties are required to participate in (1) a telephone conference with the Evaluator before the ENE session (ADR LR 5-7), and (2) the ENE session (ADR LR 5-10, 5-11). In the Court's October 7, 2005, Case Management Order, no date was provided for completion of the ENE Session. Thus, pursuant to ADR Local Rule 5-4(b), the parties are required to complete the ENE session within 90 days of the October 6, 2005, Case Management Conference, which is January 4, 2006.

4. On November 30, 2005, the parties participated in a telephone conference with the Evaluator to discuss the ENE session. The discussion focused on procedural aspects of this declaratory relief action and a potential state court action to be filed by HERRERA. Also, the Evaluator believed, and all parties agreed, that in order to have an effective ENE session, LIEBOWITZ and GILLETTE should first be deposed. It is LIEBOWITZ'S position that any depositions by taken in the state court action to be filed by HERRERA because LIEBOWITZ believes the defense of any depositions should be paid by ALLSTATE or State National Insurance Company ("State National"). Further, the parties discussed the addition of State National to this declaratory relief action.

5. The parties participated in a second telephone conference with the Evaluator on December 8, 2005. During this telephone conference, the discussion again focused on the potential state court action, the depositions of LIEBOWITZ and GILLETTE, and the addition of State National. Because of the potential state court action and the addition of State National, the Evaluator recommended, and the parties agreed, that the deadline for the ENE session should be continued from January 4, 2006 to a later date.

6. ALLSTATE will be seeking leave to amend its complaint to name State National Insurance Company as an additional defendant by the December 22, 2005. No parties to this

2

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

JOINT STIPULATION REQUESTING AN EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER

stipulation, which are the only parties to have appeared in this action to date, object to ALLSTATE naming State National as an additional defendant in this action.

7. During the October 6, 2005 Case Management Conference, LIEBOWITZ informed the Court that State National would potentially be named as a defendant in this matter based on State National's response to the tender of defense made by LIEBOWITZ under the State National policy issued to TRI-STAR. ALLSTATE also informed the Court during the Case Management Conference that it would potentially add State National as a party because of potential claims State National may have under the ALLSTATE policy. As of this date, State National has not responded to LIEBOWITZ's tender.

8. State National is a proper party in this action because it may potentially make claims against ALLSTATE for reimbursement under the ALLSTATE policy of any amount State National incurs in defense or indemnity in connection with the October 1, 2004 accident. State National was not named in the initial complaint because ALLSTATE was not aware of the State National policy issued to TRI-STAR and that State National would potentially be a party to this action.

9. By letter dated November 30, 2005, counsel for ALLSTATE requested dates from counsel for LIEBOWITZ and GILLETTE for the purpose scheduling the depositions of LIEBOWITZ and GILLETTE. Counsel for ALLSTATE informed the parties that these depositions will be scheduled for after ALLSTATE receives responses from GILLETTE and LIEBOWITZ to ALLSTATE's Request for Production of Documents. These responses are due on or before December 21, 2005.

10. Due to the timing of the responses to ALLSTATE's Requests for Production of Documents, the upcoming holidays, and the availability of the deponents and all counsel, the depositions of LIEBOWITZ and GILLETTE likely will not be taken until late January 2006, at the earliest. It remains LIEBOWITZ'S position that any depositions be taken in the state court action to be filed by HERRERA.

11. Good Cause exists for extending the deadline set forth in ADR L.R. 5-4(b) for completion of the ENE session due to the parties' diligent efforts to add State National as a party

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

JOINT STIPULATION REQUESTING AN EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER

1    to this action and to compete discovery necessary to have a productive ENE session.

2        Accordingly, THE ABOVE PARTIES, THROUGH THEIR COUNSEL OF RECORD HEREBY STIPULATE AND REQUEST THAT THIS COURT ISSUE AN ORDER CONTINUING THE DATE FOR THE PARTIES TO COMPLETE AN ENE SESSION FOR SIXTY (60) DAYS UNTIL MARCH 6, 2006.

       12    This Stipulation may be executed in several identical counterparts, each of which shall be deemed an original and which together shall, when executed by or on behalf of all parties hereto, constitute a single Stipulation for all purposes.

       13.    A facsimile of the signature by or on behalf of any party hereto shall be deemed to be an equivalent to the original thereof for all purposes; provided, however, that if the original of such signature is required for purposes of filing this document with the Court or for other good reason, it shall be promptly produced.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

JOINT STIPULATION REQUESTING AN EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER

1  Dated: December ____, 2005                McCORMICK, BARSTOW, SHEPPARD
2                                            WAYTE & CARRUTH LLP
3
4                                            By:_____
                                                Paul J. O'Rourke, Jr.
5                                               Brandon M. Fish
                                                Attorneys for Plaintiff
6                                               ALLSTATE INSURANCE COMPANY

   Dated: December 20, 2005
7                                            LAW OFFICES OF STEPHEN M. FUERCH
8
                                             By:_____
9                                               Stephen M. Fuerch
                                                Attorney for Defendant
10                                              RONALD GILLETTE

11 Dated: December ____, 2005
12                                           LAW OFFICES OF HOWARD R MELAMED
13
                                             By:_____
14                                              Howard R. Melamed
                                                Attorney for Defendant
15                                              LOURDY HERRERA

16 Dated: December ____, 2005
                                             WRIGHT, ROBINSON, OSTHIMER &
17                                                    TATUM
18
                                             By:_____
19                                              Paul D. Hunt
                                                Attorney for Defendant
20                                              PETER LIEBOWITZ

21

22        I have reviewed the foregoing Stipulation and agree that a sixty (60) day continuance is
23 necessary for an effective ENE session.

24
   Dated: December ____, 2005                By:_____
25                                              Harvey I. Wittenberg

26
27
28
                                             5
McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

JOINT STIPULATION REQUESTING AN EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY
NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER

1  Dated: December 20, 2005          McCORMICK, BARSTOW, SHEPPARD
2                                    WAYTE & CARRUTH LLP
3
4                                    By: _____
                                         Paul J. O'Rourke, Jr.
5                                        Brandon M. Fish
                                         Attorneys for Plaintiff
6                                        ALLSTATE INSURANCE COMPANY

7  Dated: December ____, 2005        LAW OFFICES OF STEPHEN M. FUERCH
8
9                                    By: _____
                                         Stephen M. Fuerch
10                                       Attorney for Defendant
                                         RONALD GILLETTE
11  Dated: December 20, 2005
                                     LAW OFFICES OF HOWARD R. MELAMED
12
13                                   By: _____
                                         Howard R. Melamed
14                                       Attorney for Defendant
                                         LOURDY HERRERA
15
16  Dated: December 15, 2005
                                     WRIGHT, ROBINSON, OSTHIMER &
17                                   TATUM
18
                                     By: _____
19                                       Paul D. Hunt
                                         Attorney for Defendant
20                                       PETER LIEBOWITZ
21
22      I have reviewed the foregoing Stipulation and agree that a sixty (60) day continuance is
23  necessary for an effective ENE session.
24
25  Dated: December ____, 2005        By: _____
                                          Harvey L Wittenberg
26
27
28

JOINT STIPULATION REQUESTING AN EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

12/20/05  TUE 13:29  [TX/RX NO 5598]

```
 1  Dated: December ____, 2005        McCORMICK, BARSTOW, SHEPPARD
                                        WAYTE & CARRUTH LLP
 2

 3
                                     By:_____
 4                                        Paul J. O'Rourke, Jr.
                                          Brandon M. Fish
 5                                        Attorneys for Plaintiff
                                          ALLSTATE INSURANCE COMPANY
 6
    Dated: December ____, 2005        LAW OFFICES OF STEPHEN M. FUERCH
 7

 8
                                     By:_____
 9                                        Stephen M. Fuerch
                                          Attorney for Defendant
10                                        RONALD GILLETTE

11  Dated: December ____, 2005        LAW OFFICES OF HOWARD R MELAMED

12

13                                   By:_____
                                          Howard R. Melamed
14                                        Attorney for Defendant
                                          LOURDY HERRERA
15
    Dated: December ____, 2005        WRIGHT, ROBINSON, OSTHIMER &
16                                      TATUM

17

18                                   By:_____
                                          Paul D. Hunt
19                                        Attorney for Defendant
                                          PETER LIEBOWITZ
20

21
        I have reviewed the foregoing Stipulation and agree that a sixty (60) day continuance is
22
    necessary for an effective ENE session.
23

24  Dated: December 19, 2005          By: /s/ Harvey T. Wittenberg
                                          Harvey T. Wittenberg
25

26

27

28                                           5
    JOINT STIPULATION REQUESTING AN EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY
                       NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER
```

## [PROPOSED] ORDER

The Court having reviewed the Stipulation of the parties and finding good cause, hereby Orders as follows:

THAT the parties shall have until March 6, 2006, to schedule and complete an ENE session pursuant to the Northern District of California's Early Neutral Evaluation Program.

Dated: December 21, 2005

*IT IS SO ORDERED /s/ William Alsup, Judge William Alsup*

_____
Honorable Judge William Alsup
United States District Court, Northern District

03238/00759-890656.v1

6

JOINT STIPULATION REQUESTING AN EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER