Paul J. O'Rourke, Jr., # 143951
Brandon M. Fish, # 203880
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>RONALD GILLETTE, an individual, TRI-STAR MOTORS, L.L.C., a limited liability company; GOLDEN WEST MOTORS, a general partnership; PETER LIEBOWITZ, an individual; LOURDY HERRERA, an individual; STATE NATIONAL INSURANCE COMPANY, INC., a corporation.<br><br>Defendants. | Case No. C 05-02385 WHA<br><br>**JOINT STIPULATION REQUESTING AN ADDITIONAL EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND** ~~PROPOSED~~ **ORDER**<br><br>[ADR L-R 5-5]<br><br>**Trial Date**: November 6, 2006 |

The following Stipulation is entered into between plaintiff, ALLSTATE INSURANCE COMPANY ("ALLSTATE"), and defendants, RONALD GILLETTE ("GILLETTE"), PETER LIEBOWITZ ("LIEBOWITZ"), LOURDY HERRERA ("HERRERA"), TRI-STAR MOTORS, L.L.C. ("TRI-STAR") and STATE NATIONAL INSURANCE COMPANY, INC. ("STATE NATIONAL"). These parties to the above-entitled action by and through their respective counsel of record hereby agree and stipulate as follows:

JOINT STIPULATION REQUESTING AN ADDITIONAL EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [~~PROPOSED~~] ORDER

1. On October 7, 2005, the Court ordered the parties to participate in the Early Neutral Evaluation ("ENE") program under the Northern District of California's Alternative Dispute Resolution ("ADR") program.

2. On November 8, 2005, the Court appointed Harvey I. Wittenberg as the Evaluator in the ENE program. On November 30, 2005, ALLSTATE, GILLETTE, LIEBOWITZ and HERRERA participated in a telephone conference with the Evaluator to discuss the ENE session. As of that date, TRI-STAR had not appeared in the action and STATE NATIONAL was not named as a party. During the telephone conference, the parties agreed LIEBOWITZ and GILLETTE should be deposed in order to have an effective ENE session. The parties discussed deposing LIEBOWITZ and GILLETTE once, with the transcript available for use in both this action and the tort action to be filed by HERRERA. ALLSTATE informed the parties that it intended to notice these depositions and ask questions at these depositions. LIEBOWITZ contended the depositions should taken in the tort action to be filed by HERRERA because LIEBOWITZ believes the defense of any depositions should be paid by ALLSTATE or STATE NATIONAL.

3. By letter dated November 30, 2005, counsel for ALLSTATE requested dates from counsel for LIEBOWITZ and GILLETTE for the purpose of scheduling depositions of LIEBOWITZ and GILLETTE. Counsel for ALLSTATE informed the parties that these depositions would be scheduled for a time after ALLSTATE received responses from GILLETTE and LIEBOWITZ to ALLSTATE'S Request for Production of Documents, which were due on January 6, 2006.

4. On December 16, 2005, HERRERA filed a complaint in Superior Court, County of Alameda, Case No. HG05247183 for injuries allegedly sustained on October 1, 2004 (the "Tort Action.") The Tort Action named GILLETTE, LIEBOWITZ and TRI-STAR as defendants.

5. On December 20, 2005, the parties submitted a Joint Stipulation Requesting An Extension Of The Deadline For Conducting An Early Neutral Evaluation Session And Proposed Order. The Joint Stipulation was based on an agreement between the parties and the Evaluator to allow LIEBOWITZ and GILLETTE to be deposed before any ENE session. In addition, the

2

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

JOINT STIPULATION REQUESTING AN ADDITIONAL EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER

parties agreed that ALLSTATE should seek leave to file and file an amended complaint naming STATE NATIONAL as an additional defendant.

6. The same day, the parties filed a Joint Stipulation Requesting Leave For Plaintiff To File An Amended Complaint, thereby allowing ALLSTATE to name STATE NATIONAL as an additional defendant in this action.

7. On December 21, 2005, based on the Stipulations of the parties, the Court ordered that the parties would have until March 6, 2006, to schedule and complete an ENE session pursuant to the Northern District of California's Early Neutral Evaluation Program. On the same day, the Court granted leave for ALLSTATE to file an Amended Complaint.

8. On January 3, 2006, ALLSTATE filed an Amended Complaint naming STATE NATIONAL as an additional defendant. ALLSTATE provided a copy of the First Amended Complaint to STATE NATIONAL on January 11, 2006, including a Notice of Waiver of Service, a copy of the Case Management Order and all other documents provided by the Court upon filing of the original Complaint. Counsel for STATE NATIONAL signed and returned the Notice of Waiver of Service on January 26, 2006. Thus, STATE NATIONAL has until March 13, 2006, to make any appearance in this action. As of the date of this Stipulation, STATE NATIONAL has not made an appearance in the present action.

9. During a phone conversation between counsel for ALLSTATE and STATE NATIONAL on January 25, 2006, STATE NATIONAL advised that it may file a counter-claim in this action regarding the STATE NATIONAL policy issued to TRI-STAR.

10. LIEBOWITZ tendered the subject claim on July 29, 2005. On January 24, 2006, LIEBOWITZ tendered the Tort Action to ALLSTATE for a defense under the ALLSTATE policy referenced in ALLSTATE'S First Amended Complaint. GILLETTE tendered the Tort Action to ALLSTATE for a defense under the ALLSTATE policy on January 27, 2006. On February 6, 2006, ALLSTATE accepted the tender of defense for both GILLETTE and LIEBOWITZ subject to a complete reservations of rights, including the grounds raised in ALLSTATE'S First Amended Complaint. STATE NATIONAL is also providing a defense in the Tort Action.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

JOINT STIPULATION REQUESTING AN ADDITIONAL EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER

11.     HERRERA and ALLSTATE planned to take the deposition of GILLETTE and LIEBOWITZ in one session noticed in the Tort Action as the parties previously discussed. It continued to be ALLSTATE'S position that it be allow to attend the depositions and examine the deponents. In attempting to schedule GILLETTE'S deposition, counsel for LIEBOWITZ advised all parties that LIEBOWITZ objected to the participation of ALLSTATE and STATE NATIONAL in the depositions in the Tort Action. Further, LIEBOWITZ maintained that counsel for ALLSTATE could not attend the depositions or examine the deponents because ALLSTATE is defending under a reservation of rights.

12.     It is LIEBOWITZ'S position that there is a fundamental conflict of interest between ALLSTATE and LIEBOWITZ based on alternative theories that LIEBOWITZ will advance in the Tort Action and this action, respectively. Therefore, LIEBOWITZ advised the parties that he intends to file a motion to stay this action. LIEBOWITZ may also file a motion for a protective order and motion for leave to file a counter-claim.

13.     Unable to secure an agreement regarding the scheduling of depositions in both actions where ALLSTATE could attend and examine the deponents, ALLSTATE noticed GILLETTE deposition in this action on February 27, 2006.

14.     ALLSTATE was contacted by the Evaluator on February 28, 2006. The Evaluator was advised by ALLSTATE that depositions had not gone forward due to current dispute among the parties regarding ALLSTATE'S participation in any depositions and purported conflict between this action and the Tort Action. ALLSTATE further advised the Evaluator that STATE NATIONAL had not yet made any appearance in this action. The Evaluator indicated his position that the parties could not conduct an effective ENE session by the Court deadline of March 6, 2006.

15.     Good Cause exists for further extending the deadline set forth in ADR L.R. 5-4(b) for completion of the ENE session to allow STATE NATIONAL to make an appearance in this action, including the potential filing of a counter-claim regarding the STATE NATIONAL policy, to allow the parties to resolve their dispute regarding the purported conflict between this action and the Tort Action, and to subsequently allow the parties to complete discovery necessary to

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

JOINT STIPULATION REQUESTING AN ADDITIONAL EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER

have a productive ENE session.

Accordingly, THE ABOVE PARTIES, THROUGH THEIR COUNSEL OF RECORD HEREBY STIPULATE AND REQUEST THAT THIS COURT ISSUE AN ORDER CONTINUING THE DATE FOR THE PARTIES TO COMPLETE AN ENE SESSION FOR SIXTY (60) DAYS UNTIL MAY 5, 2006.

Such a continuance of the date to complete an ENE session will not affect any dates set forth in the Case Scheduling Order.

16. This Stipulation may be executed in several identical counterparts, each of which shall be deemed an original and which together shall, when executed by or on behalf of all parties hereto, constitute a single Stipulation for all purposes.

17. A facsimile of the signature by or on behalf of any party hereto shall be deemed to be an equivalent to the original thereof for all purposes; provided, however, that if the original of such signature is required for purposes of filing this document with the Court or for other good reason, it shall be promptly produced.

JOINT STIPULATION REQUESTING AN ADDITIONAL EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: March 3, 2006 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Paul J. O'Rourke, Jr. Brandon M. Fish |
| 5 | | Attorneys for Plaintiff ALLSTATE INSURANCE COMPANY |
| 6 | | |
| 7 | Dated: March 1, 2006 | LAW OFFICES OF STEPHEN M. FUERCH |
| 8 | | By: /s/ |
| 9 | | Stephen M. Fuerch Attorney for Defendant |
| 10 | | RONALD GILLETTE |
| 11 | Dated: March ___, 2006 | LAW OFFICES OF HOWARD R MELAMED |
| 12 | | |
| 13 | | By:_____ |
| 14 | | Howard R. Melamed Attorney for Defendant LOURDY HERRERA |
| 15 | | |
| 16 | Dated: March ___, 2006 | WRIGHT, ROBINSON, OSTHIMER & TATUM |
| 17 | | |
| 18 | | By:_____ |
| 19 | | Paul D. Hunt Attorney for Defendant PETER LIEBOWITZ |
| 20 | | |
| 21 | Dated: March ___, 2006 | LAW OFFICES OF DON L. NAUMAN |
| 22 | | |
| 23 | | By:_____ |
| 24 | | Don L. Nauman Attorney for Defendant TRI-STAR MOTORS, L.L.C. |

McCORMICK, BARSTOW, SHEPPARD, WAYTE &

6

JOINT STIPULATION REQUESTING AN ADDITIONAL EXTENSION OF THE DEADLINE FOR

| | | |
|---|---|---|
| 1 | Dated: March ____, 2006 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Paul J. O'Rourke, Jr. |
| 5 | | Brandon M. Fish Attorneys for Plaintiff ALLSTATE INSURANCE COMPANY |
| 6 | | |
| 7 | Dated: March ____, 2006 | LAW OFFICES OF STEPHEN M. FUERCH |
| 8 | | |
| 9 | | By:_____ Stephen M. Fuerch Attorney for Defendant RONALD GILLETTE |
| 10 | | |
| 11 | Dated: March __1__, 2006 | |
| 12 | | LAW OFFICES OF HOWARD R MELAMED |
| 13 | | By: /s/ Howard Melamed |
| 14 | | Howard R. Melamed Attorney for Defendant LOURDY HERRERA |
| 15 | | |
| 16 | Dated: March ____, 2006 | WRIGHT, ROBINSON, OSTHIMER & TATUM |
| 17 | | |
| 18 | | By:_____ |
| 19 | | Paul D. Hunt Attorney for Defendant PETER LIEBOWITZ |
| 20 | | |
| 21 | Dated: March ____, 2006 | LAW OFFICES OF DON L. NAUMAN |
| 22 | | |
| 23 | | By:_____ Don L. Nauman Attorney for Defendant TRI-STAR MOTORS, L.L.C. |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

6

JOINT STIPULATION REQUESTING AN ADDITIONAL EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: March ____, 2006 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Paul J. O'Rourke, Jr. |
| | | Brandon M. Fish |
| 5 | | Attorneys for Plaintiff |
| | | ALLSTATE INSURANCE COMPANY |
| 6 | Dated: March ____, 2006 | LAW OFFICES OF STEPHEN M. FUERCH |
| 7 | | |
| 8 | | By: _____ |
| | | Stephen M. Fuerch |
| 9 | | Attorney for Defendant |
| | | RONALD GILLETTE |
| 10 | | |
| 11 | Dated: March ____, 2006 | LAW OFFICES OF HOWARD R MELAMED |
| 12 | | |
| 13 | | By: _____ |
| | | Howard R. Melamed |
| 14 | | Attorney for Defendant |
| | | LOURDY HERRERA |
| 15 | Dated: March 1, 2006 | WRIGHT, ROBINSON, OSTHIMER & TATUM |
| 16 | | |
| 17 | | |
| 18 | | By: _____ |
| | | Paul D. Hunt |
| 19 | | Attorney for Defendant |
| | | PETER LIEBOWITZ |
| 20 | | |
| 21 | Dated: March ____, 2006 | LAW OFFICES OF DON L. NAUMAN |
| 22 | | |
| 23 | | By: _____ |
| | | Don L. Nauman |
| 24 | | Attorney for Defendant |
| | | TRI-STAR MOTORS, L.L.C. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

6

JOINT STIPULATION REQUESTING AN ADDITIONAL EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER

Received  Mar-01-2006  11:30am    From-559 433 2300    To-WRIGHT ROBINSON et a    Page 009

Dated: March ____, 2006

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By:_____
Paul J. O'Rourke, Jr.
Brandon M. Fish
Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

Dated: March ____, 2006

LAW OFFICES OF STEPHEN M. FUERCH

By:_____
Stephen M. Fuerch
Attorney for Defendant
RONALD GILLETTE

Dated: March ____, 2006

LAW OFFICES OF HOWARD R MELAMED

By:_____
Howard R. Melamed
Attorney for Defendant
LOURDY HERRERA

Dated: March ____, 2006

WRIGHT, ROBINSON, OSTHIMER &
TATUM

By:_____
Paul D. Hunt
Attorney for Defendant
PETER LIEBOWITZ

Dated: March 3, 2006

LAW OFFICES OF DON L. NAUMAN

By:_____
Don L. Nauman
Attorney for Defendant
TRI-STAR MOTORS, L.L.C.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

6

JOINT STIPULATION REQUESTING AN ADDITIONAL EXTENSION OF THE DEADLINE FOR
CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER

MAR-03-2006 12:01 FROM: 510 433 2699 TO:559 433 2300 P.2/2
03/03/06 10:18 FAX 559 433 2300 McCORMICK BARSTOW ⌐002
MAR-1-2006 06:15P FROM: 510 235 0606 TO:15594332300 P.1/1

1 Dated: March 3, 2006

2 LOMBARDI, LOPER & CONANT LLP

3 By: _____
4 Lori A. Sebransky
Attorney for Defendant
5 STATE NATIONAL INSURANCE
COMPANY, INC.

9 I have reviewed the foregoing Stipulation and agree that a sixty (60) day continuance is
10 necessary for an effective ENE session.

11 Dated: March __, 2006
12 By: _____
Harvey L. Wittenberg

7

JOINT STIPULATION REQUESTING AN ADDITIONAL EXTENSION OF THE DEADLINE FOR
CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH, LLP

1
## [PROPOSED] ORDER

2  The Court having reviewed the Stipulation of the parties and finding good cause, hereby

3  Orders as follows:

4  THAT the parties shall have until May 5, 2006, to schedule and complete an ENE session

5  pursuant to the Northern District of California's Early Neutral Evaluation Program.

6
7  Dated: April 6, 2006

8
9  _____
   Honorable Judge William Alsup
   United States District Court, Northern
   District

APPROVED
Judge William Alsup

11  03238/00759-919613.v1

8

JOINT STIPULATION REQUESTING AN ADDITIONAL EXTENSION OF THE DEADLINE FOR
CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND [PROPOSED] ORDER

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On March 3, 2006, I served the within documents:

JOINT STIPULATION REQUESTING AN ADDITIONAL EXTENSION OF THE DEADLINE FOR CONDUCTING AN EARLY NEUTRAL EVALUATION SESSION AND PROPOSED ORDER

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

*Attorney for State National (Tri-Star's insurer)*
Lori A Sebransky
Lombardi Loper & Conant LLP
1999 Harrison Street, Suite 2600
Oakland, CA 94612
T: (510) 433-2600
F: (510) 433-2699

**EVALUATOR:**
Harvey I. Wittenberg
Law Offices of Harvey I Wittenberg
1807 Arlington Blvd.
El Cerrito, CA 94530
(510) 235-0707

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 3, 2006, at Fresno, California.

_____
Bernice R. Meisner

03238/00759-832471.v1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
P.O. Box 28912
FRESNO, CA 93729-8912

2

POS