IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

  v.

RONALD GILLETTE, ET AL.,

    Defendants.

          /

No. C 05-02385 WHA

**ORDER DENYING REQUEST FOR EXTENSION**

     This order finds that the parties have failed to articulate a good reason to allow such a lengthy extension to the deadline for conducting an early neutral evaluation session. The parties' request, therefore, is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 8, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE